UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMARI J. MOODY,

                Plaintiff,

      -against-

NORTHSIDE HOSPITAL, INC.; NORTHSIDE
ENT SPECIALISTS; JOHNNY WON, M.D.;
TYLER DENMEADE, PA-C; ALPHA SITA;
LYNNE EDWARDS; JOHN DOES 1-10.,

              Defendants.

26 CIVIL 001483 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 27, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    April 28, 2026

        New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                        Chief United States District Judge